KYH
LNE, SDS: USAO# 2026R00524

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**

**v.**

**BRIAN GRIMM,**
**IVAN LUCAS-EPPS, and**
**PALMER SIMS,**

**Defendants.**

USDC-BALTIMORE
'26 OCT 2 AM8:49

**CRIMINAL NO.** JRR-26-346

**(Conspiracy to Traffic Firearms, 18 U.S.C. § 933(a)(3); Firearms Trafficking, 18 U.S.C. § 933; Forfeiture, 18 U.S.C. § 924(d), 18 U.S.C. § 934(a)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c))**

**UNDER SEAL**

*******

## INDICTMENT

### COUNT ONE
### (Conspiracy to Traffic Firearms)

The Grand Jury for the District of Maryland charges that:

From at least on or about January 2026, continuing through the date of this Indictment, in the District of Maryland and elsewhere, the Defendants

**BRIAN GRIMM,**
**IVAN LUCAS-EPPS, and**
**PALMER SIMS,**

did willfully and knowingly combine, conspire, and agree together and with each other and others known and unknown to the Grand Jury to be transported, and otherwise dispose of firearms, including the following:

| DATE | FIREARMS |
|---|---|
| July 21, 2026 | One (1) green and tan Polymer 80 9mm, bearing serial number PF940V2<br>Two (2) black 5.7x28 FN Herstal Belgium 3d-printed Firearms<br>One (1) black LF43 3d-printed Firearm<br>One (1) AR15 Style Pistol 300 Blackout 3d-printed Firearm<br>One (1) black 3d-printed Rifle Suppressor<br>One (1) black 3d-printed Pistol Suppressor |

KYH
LNE, SDS: USAO# 2026R00524

| | |
|---|---|
| August 17, 2026 | One (1) black 3d-printed Pistol Caliber Carbine 9mm<br>One (1) grey Taurus G2C 9MM Pistol, bearing serial number ACH119557;<br>One (1) Ruger SR40C 3d-printed handgun;<br>One (1) a Taurus G3C 9mm handgun, bearing serial number ACE889265;<br>One (1) Polymer 80 9mm 3d-printed Firearm;<br>One (1) Polymer 80 9mm Firearm;<br>One (1) Springfield Armory USA XP40 subcompact .40 caliber handgun, bearing serial number US365221;<br>One (1) 3d-printed 9mm Firearm;<br>One (1) black 3d-printed suppressor; and<br>One (1) black and purple 3d-printed suppressor. |

to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. §933(a)(3)

**COUNT TWO**
**(Firearms Trafficking)**

The Grand Jury for the District of Maryland further charges that:

On or about July 21, 2026, in the District of Maryland, the Defendants,

**BRIAN GRIMM,**
**IVAN LUCAS-EPPS, and**
**PALMER SIMS,**

did, ship, transport, transfer, cause to be transported, and otherwise dispose of firearms, that is, one (1) green and tan Polymer 80 9mm bearing serial number PF940V2; one (1) black 5.7x28 FN Herstal Belgium 3d-printed Firearm, one (1) 5.7x28 FN Herstal Belgium 3d-printed Firearm, one (1) black LF43 3d-printed Firearm, , one (1) AR15 Style Pistol 300 Blackout 3d-printed Firearm, , one (1) black 3d-printed Pistol Suppressor, and one (1) black 3d-printed Rifle Suppressor, to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)

KYH
LNE, SDS: USAO# 2026R00524

**COUNT THREE**
**(Firearms Trafficking)**

The Grand Jury for the District of Maryland further charges that:

On or about August 17, 2026, in the District of Maryland, the Defendants,

**BRIAN GRIMM,**
**IVAN LUCAS-EPPS, and**
**PALMER SIMS,**

did, ship, transport, transfer, cause to be transported, and otherwise dispose of firearms, that is, one (1) black 3d-printed Pistol Caliber Carbine 9mm, one (1) grey Taurus G2C 9mm handgun, bearing serial numberACH119557, one (1) Ruger SR40C 3d-printed handgun, one (1) a Taurus G3C 9mm handgun, bearing serial number ACE889265, one (1) Polymer 80 9mm 3d-printed Firearm, one (1) Polymer 80 9mm Firearm, one (1) Springfield Armory USA XP40 subcompact .40 caliber handgun, bearing serial number US365221, one (1) 3d-printed 9mm Firearm, one (1) black 3d-printed suppressor, and one (1) black and purple 3d-printed suppressor to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)

**FORFEITURE ALLEGATION**

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d) and 934(a)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendants' convictions under Counts One, Two, or Three of this Indictment.

**Firearms and Ammunition Forfeiture**

2. Upon conviction of the offenses alleged in Count One, Two, or Three of this Indictment, the Defendants,

**PALMER SIMS,**
**BRIAN GRIMM, and**
**IVAN LUCAS-EPPS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offenses.

**Firearms Trafficking Forfeiture**

3. Upon conviction of the offenses alleged in Counts One, Two, or Three of this Indictment, the Defendants,

**BRIAN GRIMM,**
**IVAN LUCAS-EPPS, and**
**PALMER SIMS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 18 U.S.C. § 934(a)(1), and 18 U.S.C. § 2461(c):

a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; and

b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

KYH
LNE, SDS: USAO# 2026R00524

**Property Subject to Forfeiture**

4. The property to be forfeited includes, but is not limited to:

a. a forfeiture money judgment in the amount each Defendant obtained as a result of the offenses alleged in Counts One through Three of this Indictment;

b. one (1) green and tan Polymer 80 9mm bearing serial number PF940V2;

c. approximately six rounds of 9mm ammunition;

d. one (1) black 5.7x28 FN Herstal Belgium 3d-printed Firearm;

e. approximately nine rounds of 5.7 ammunition;

f. one (1) 5.7x28 FN Herstal Belgium 3d-printed Firearm;

g. one (1) black LF43 3d-printed Firearm;

h. one (1) AR15 Style 300 Blackout 3d-printed Rifle;

i. approximately four rounds of 300 Blackout ammunition;

j. one (1) black 3d-printed Pistol Suppressor;

k. one (1) black 3d-printed Rifle Suppressor;

l. one (1) black 3d-printed Pistol Caliber Carbine 9mm;

m. one (1) grey Taurus G2C 9mm handgun, bearing serial number ACH119557;

n. one (1) Ruger SR40C 3d-printed handgun;

o. one (1) Taurus G3C 9mm handgun, bearing serial number ACE88926;

p. one (1) Polymer 80 9mm 3d-printed Firearm;

q. one (1) Polymer 80 9mm Firearm;

r. one (1) Springfield Armory USA XP40 subcompact .40 caliber handgun, bearing serial number US365221;

s. one (1) 3d-printed 9mm Firearm;

t. one (1) black 3d-printed suppressor;

u. one (1) black and purple 3d-printed suppress; and

v. one 50 round capacity drum magazine.

KYH
LNE, SDS: USAO# 2026R00524

**Substitute Assets**

5. If, as a result of any act or omission of any of the Defendants, any of the property described above as being subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
18 U.S.C. § 934(a)(1)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes /LNE
Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

10/01/2026
Date