X FILED ____ ENTERED
____ LOGGED ____ RECEIVED

OCT 09 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY
CR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

BRIAN GRIMM
IVAN LUCAS-EPPS
PALMER SIMS

Defendants.

Case No. 26-cr-346-JRR

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Honorable Court for an Order unsealing the indictment and arrest warrants in the above-captioned cases, along with this motion and any related documents.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

LaRai Everett

LaRai Everett
Stephen Simrill
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201