✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

OCT 09 2026

AT BALTIMORE
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND
BY MF DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA** *

**vs.** * **Case No.** 26-cr-00346-JRR

[redacted] **Brian Grimm** *

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by Summer Akhtar (AFPD), and the Government was represented by Assistant United States Attorney LaRai Everett & Stephen Simrill, it is

**ORDERED**, this 9th day of October, 2026, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Charles D. Austin
United States Magistrate Judge