IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

✓ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

OCT 09 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

UNITED STATES OF AMERICA *

vs. * Case No. 26-cr-00346-JRR

Ivan Lucas-Epps *

******

**ORDER OF DETENTION BY AGREEMENT**

A hearing, having been held on this date, at which the defendant was represented by Thomas Rafter (CJA), and the Government was represented by Assistant United States Attorney LaRai Everett & Stephen Simrill, it is

**ORDERED**, this 9th day of October, 2026, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Charles D. Austin
United States Magistrate Judge